**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL NO. 10-MISC-1-DLB-CJS**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**vs.**                                                        **O R D E R**

**TONYA SULLIVAN**                                                          **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #13); and Defendant having waived her right to allocution, and defense counsel having further waived the 14-day period for filing objections, and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #13) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of her supervised release; that Defendant remain on supervised release, with the conditions of her supervised release **modified** to add the condition that Defendant be placed on home detention for the sixty (60) days following her receipt of the necessary monitoring equipment. During that time Defendant shall remain at her place of residence except for employment, education, treatment, or other activities approved in advance by her Probation Officer. Defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. All other conditions of supervised release

shall remain as previously imposed.

This 8th day of October, 2010.

 Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\CovCrim\2010\10-Misc-1 Order adopting R&R.wpd